# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Sunless, Inc.,** | ) |
| **Plaintiff,** | ) |
| vs. | ) No. 13-01066-CV-W-JTM |
| **Heartland Tanning, Inc.,** | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties it is ORDERED THAT

1. All of Sunless, Inc.'s claims in this action are dismissed with prejudice.

2. All of Heartland Tanning, Inc.'s counterclaims in this action are dismissed with prejudice.

3. Each party shall bear its own costs, expenses and attorneys' fees.

Dated:

Dated: August 4, 2014

                                                  */s/ John T. Maughmer*
                                                      **John T. Maughmer**
                                       **United States Magistrate Judge**